# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:10-cr-518 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| MARCUS CAMPBELL, | ) | RELEASE |
| | ) | |
| DEFENDANT. | ) | |

A violation report was filed in this case on September 28, 2020 and a supplemental violation report file on June 2, 2021. The Court referred this matter to Magistrate Judge William H. Baughman to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Baughman reported that a supervised release violation hearing was held on June 2, 2021. The defendant admitted to the following violations:

1. New Law Violation;
2. Leaving judicial district without approval.

The magistrate judge filed a report and recommendation on June 2, 2021, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in violation numbers 1 and 2.

A final supervised release violation hearing was conducted on August 24, 2021. Present were the following: Assistant United States Brian Deckert, representing the United States, Attorney James Campbell, representing the defendant; the defendant Marcus Campbell, and United States Probation Officer Parrish Ellis.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and

finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation numbers 1 and 2.

IT IS ORDERED that the defendant's term of supervised release is revoked and the defendant is sentenced to the custody of the Bureau of Prisons for a period of 15 months with credit for time served. The Court recommends that the defendant be placed at FCI Atlanta, or any facility as close to Atlanta, Georgia as possible, so that he can be as close to his family as possible.

Following release from BOP custody, the defendant shall be placed on Supervised Release for a period of 12 months under the same terms and conditions originally imposed and the following additional condition:

**Location Monitoring Program**:

You must be monitored by the form of location monitoring technology selected at the discretion of your probation officer for a period of up to 6 months, to commence no later than within 30 days from your release from custody. You will be required to remain in your residence unless given permission in advance by the probation officer to be elsewhere. You may leave your residence to work and receive medical treatment and to attend religious services. You must consent to be monitored by location monitoring and must abide by all of the requirements established by the U.S. Pretrial Services & Probation Office related to the use of the location monitoring technology; and you must submit to random drug/alcohol tests as specified by the U.S. Pretrial Services & Probation Officer. You may participate in the Discretionary Leave under terms set by the U.S. Pretrial Services & Probation Officer. You must pay the costs of participation in the location monitoring program based on your ability to pay, as directed by the U.S. Pretrial Services & Probation Officer.

**IT IS SO ORDERED**.

Dated: August 24, 2021

                                        **HONORABLE SARA LIOI**
                                        **UNITED STATES DISTRICT JUDGE**